IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No.: 17-cr-100-wmc

DAVID TJADER

        Defendant.

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1.     On October 25, 2017, a federal grand jury sitting in Madison, Wisconsin returned an indictment against defendant David Tjader. Count One charged that on or about June 16, 2017, the defendant knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction is of such conduct, specifically, the defendant received an email sent to his Gmail account that contained an image titled "xclusive13.jpg," and this image contained a visual depiction of a minor engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2). Count two charged that on or about July 2, 2017, the defendant knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in

sexually explicit conduct, and the depiction is of such conduct, specifically, the defendant received an email sent to his Gmail account that contained a video titled "SNAG-0015.avi 0" and this video contained a visual depiction of a minor engaged in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2). Count three charged that on or about July 2, 2017, the defendant knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction is of such conduct, specifically, the defendant received an email sent to his Gmail account that contained a video titled "My Recordings3 (2).mp4," and this video contained a visual depiction of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2). The indictment also contained a forfeiture allegation for the forfeiture of:

> a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and
>
> b. any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense.

2. On March 20, 2018, the defendant pleaded guilty to the Count one of the indictment. In the plea agreement, the defendant agreed not to file a claim to any property in any civil, administrative or judicial proceeding, which has already been initiated or which may be initiated in the future, on any property seized by the FBI on

October 24, 2017, including the forfeiture of a Dell Inspiron 15 Laptop computer and an Apple iPhone.

3. On April 10, 2018, the Court entered a Preliminary Order of Forfeiture.

4. Notice of forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from April 20, 2018 to May 19, 2018.

5. No third party has made a claim to or declared any interest in the property and the time for filing the petition has expired.

IT IS THEREFORE ORDERED:

1. The following items are forfeited to the United States:

    a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

    b. any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including but not limited to a XCLIO Custom Built Desktop; a Seagate ST3320620NS 320 GB Hard Drive (inside the XCLIO), serial number: 9QF68MWX; a Gateway LP Mini Tower TB3 Essential 450 Desktop, serial number: 0016335732; an IBM Deskstar DPTA-371020 Hard Drive (inside the Gateway), serial number: JFF9240; a Compaq Presario SR1053WM Desktop, serial number MXK4141Y84; a Seagate Barracuda ST380011A 80GB Hard Drive (inside the Compaq SR1053WM), serial number 5JV7N8TX; a Dell Inspiron 15-3521 Laptop; a Seagate Momentus ST500LT012 500GB Hard Drive (inside the Dell), serial number: W0V9JYDC; a Compaq Presario V2000 Laptop, serial number CNF5520J7D; a Seagate Momentus ST960821A 60GB Hard Drive

3

(inside the Compaq V2000), serial number: 3LF32VBF; and an Apple iPhone, IMEI: 013986003080954.

ORDERED this 6th day of July 2018.

_____
WILLIAM M. CONLEY
United States District Judge